UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

JOSE ANTONIO JR SOSA,

    Plaintiff,

vs.

GTI INDUSTRIES, INC.,

    Defendant.

_____/

## **NOTICE OF REMOVAL**

Defendant, GTI INDUSTRIES, INC. ("Defendant"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

1. On or about March 9, 2020, Plaintiff, JOSE ANTONIO JR SOSA ("Plaintiff"), filed a civil action against Defendant in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2020-005568-CA-01 ("Circuit Court Action") alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.,* ("FLSA"). A copy of all papers currently on file in the Circuit Court Action are attached hereto as Composite Exhibit A, as required by 28 U.S.C. § 1446(a).

2. On March 31, 2020, Defendant was served with a copy of the Summons and Complaint in the Circuit Court Action. Thus, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days from the date of service of Plaintiff's Complaint.

3. Because Plaintiff has asserted claims under federal law based on the FLSA, this Court has original jurisdiction over this action under 28 U.S.C. § 1331, and Defendant is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441(a).

6. The United States District Court for the Southern District of Florida, Miami Division, embraces the location where the Circuit Court Action is pending. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

7. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to Plaintiff in this action and has filed a copy of this Notice of Removal in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

WHEREFORE, Defendant, GTI INDUSTRIES, INC., hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to this Court.

Dated:  this 30th day of April 2020.

Respectfully submitted,

By: /s/ Patrick G. DeBlasio, III
Patrick G. DeBlasio, III
Florida Bar No.: 0871737
E-mail: pdeblasio@littler.com
Alexadra Mangas
Florida Bar No.: 106874
E-mail: amangas@littler.com

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Patrick G. DeBlasio, III*
Patrick G. DeBlasio, III

## SERVICE LIST

**COUNSEL FOR PLAINTIFF**
Jason S. Remer, Esq.
Florida Bar No.: 165580
E-mail: jremer@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
14 West Flagler Street, Suite 2200
Miami, FL 33130
Tel. 305.416.5000
Fax 305.416.5005

[Via Notice of Electronic Filing]

4820-2885-7018.2